UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHIRLEY HORN, Individually and on Behalf
Of All Others Similarly Situated,

        Plaintiff,                                    12 Civ. 8557 (CM)

      -against-

HI-CRUSH PARTNERS LP, et al.,

        Defendants.

------------------------------------------------------------X

DOUGLAS GOODHART, Individually and on Behalf
Of All Others Similarly Situated,

        Plaintiff,                                    12 Civ. 8574 (CM)

      -against-

HI-CRUSH PARTNERS LP.,

        Defendant.

------------------------------------------------------------X

## ORDER TO SHOW CAUSE

McMahon, J.:

       It appearing that the same attorneys have filed two separate, identical and *in haec verba* complaints against exactly the same defendants, alleging the same securities fraud violations on behalf of two different shareholders of the common stock of Hi-Crush Partners LP, and then designated them as "related cases" under Rule 13 of this Court's local rules;

IT IS HEREBY ORDERED that counsel for plaintiffs SHOW CAUSE, in a writing to be delivered to this court no later than noon on Friday, December 7, 2012, why the court should not amend the caption in the earlier filed case to read:

UNITED STATES DISTRICT COURT'
SOUTHERN DISTRICT OF NEW YORK
_____X

"SHIRLEY HORN an d DOUGLAS GOODHEART,
Individually and on Behalf of All Others Similarly Situated,

       Plaintiffs,                                   12 Civ. 8557(CM)

    -against-

HI-CRUSH PARTNERS LP, et al.,

       Defendants.
_____X

and dismiss the later- filed action as duplicative and unnecessary.

    Counsel are reminded that there is no need to designate a lead plaintiff and lead counsel under the Private Securities Litigation Reform Act when there is only one action and there is no one to "follow the leader."

Dated: December 5, 2012

_____
U.S.D.J.

BY ECF TO COUNSEL