UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
DOUGLAS GOODHART, Individually and on : Civil Action No. 12 CV 8574
Behalf of All Others Similarly Situated, :
:
Plaintiff, :
:
vs. :
:
HI-CRUSH PARTNERS LP, ROBERT E. : NOTICE OF VOLUNTARY DISMISSAL
RASMUS, JAMES M. WHIPKEY, LAURA : PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)
C. FULTON, JEFFRIES V. ALSTON, III, :
ROBERT L. CABES, JR., JOHN R. HUFF, :
TREVOR M. TURBIDY, STEVEN A. :
WEBSTER, BARCLAYS CAPITAL INC., :
MORGAN STANLEY & CO. LLC, CREDIT :
SUISSE SECURITIES (USA) LLC, UBS :
SECURITIES LLC, RAYMOND JAMES & :
ASSOCIATES, INC., RBC CAPITAL :
MARKETS, LLC, and ROBERT W. BAIRD :
& CO. INCORPORATED, :
:
Defendants. :
---------------------------------------------------------------x

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS, Plaintiff Douglas Goodhart ("Plaintiff") filed a Complaint for Violation of the Federal Securities Laws, on behalf of himself and all others similarly situated against Defendants Hi-Crush Partners LP, Robert E. Rasmus, James M. Whipkey, Laura C. Fulton, Jeffries V. Alston, III, Robert L. Cabes, Jr., John R. Huff, Trevor M. Turbidy, Steven A. Webster, Barclays Capital Inc., Morgan Stanley & Co. LLC, Credit Suisse Securities (USA) LLC, UBS Securities LLC, Raymond James & Associates, Inc., RBC Capital Markets, LLC, And Robert W. Baird & Co. Incorporated, (collectively, the "Defendants") on November 26, 2012, captioned, *Goodhart v. Hi-Crush Partners LP, et al.,* 12 CV 8574 (the "Action");

WHEREAS, no Defendant in the Action has served either an answer or a motion for summary judgment; and

WHEREAS, a class has not been certified in this Action.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Action without prejudice.


DATED:  December 10, 2012	ROBBINS GELLER RUDMAN
	   & DOWD LLP
	SAMUEL H. RUDMAN
	DAVID A. ROSENFELD


	  */s Samuel H. Rudman*
	SAMUEL H. RUDMAN

	58 South Service Road, Suite 200
	Melville, NY  11747
	Telephone:  631/367-7100
	631/367-1173 (fax)
	srudman@rgrdlaw.com
	drosenfeld@rgrdlaw.com

	BOTTINI & BOTTINI, INC.
	FRANK A. BOTTINI
	7817 Ivanhoe Avenue, Suite 102
	La Jolla, CA 92037
	Telephone:  858/914-2001
	858/914-2002 (fax)

	*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Samuel H. Rudman, hereby certify that on December 10, 2012, I caused a true and correct copy of the attached:

NOTICE OF VOLUNTARY DISMISSAL

to be served electronically on all counsel registered for electronic service for this case.

/s/ Samuel H. Rudman